Austin C. Smith
SMITH LAW GROUP LLP
3 Mitchell Place
New York, NY 10017
917-992-2121
austin@acsmithlawgroup.com

Christopher Bush
LAW OFFICE OF CHRIS BUSH
2727 Camino del Rio S., Ste 135
San Diego, CA 92108

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>CESAR MEDINA<br>KRYSTAL ANNE MEDINA | Case No.  17-05276-LT<br>Chapter 7 |
| KRYSTAL ANNE MEDINA,<br>            Plaintiff,<br>     vs.<br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3;<br>            Defendant. | Adversary No. 19-90065-LT<br><br>**STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF RECORD** |

Pursuant to Rule 8003(a), and 8009(a)(1)(A)-(B) and (a)(4) of the Federal Rules of Bankruptcy Procedure, Appellant Krystal Anne Medina ("Medina"), Medina hereby submits this Notice of Appeal under Rule 8003 and her designation of items to be included in the record on appeal from the bankruptcy court's order granting summary judgment to the defendant National Collegiate Student Loan Trust 2006-3 ("Appellee" or "Trust") on the grounds that there was no genuine issue of material

1

fact regarding whether Medina's debt (the "Loan") was an "educational . . . loan . . .made under any program funded in whole or in part by a governmental unit or nonprofit institution."

## I. STATEMENT OF ISSUES ON APPEAL

1. Did the court construe the statutory exception to discharge in 523(a)(8) narrowly as required under Ninth Circuit law?

2. Did the court err in allowing Defendant to seek summary judgment three times despite objections by plaintiff both in court and through a Rule 56 affidavit that the matter obviously was suspectable to at least two reasonable interpretations?

3. Was the court's application of section 523(a)(8) consistent with due process under the Fifth Amendment or is the statute at issue void for vagueness?

4. Did the court properly construe the statutory terms "program," "funded," "nonprofit institution." under 11 U.S.C. § 523(a)(8)?

5. Did the court err when it concluded that Defendant met its burden of proving that TERI was a "nonprofit" as a matter of law?

6. Did the court err when it concluded that it would examine the character of the Loan at the time of origination instead of the date of Medina's bankruptcy filing?

7. Did the court err in concluding TERI's bankruptcy had no possible effect as a matter of law on the dischargeability of the Loan?

## II. **DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**

Appellant hereby designates the following items of record on appeal to be certified to the District Court pursuant to Bankruptcy Rule 8009(a)(1)(A) and (a)(4):

| | | |
|---|---|---|
| 06/28/2019 | 1 | Complaint by Krystal Anne Medina against National Collegiate Student Loan Trust 2006-3. |
| 07/25/2019 | 4 | Answer to Complaint filed by National Collegiate Student Loan Trust 2006-3. |
| 09/17/2019 | 11 | Tentative Ruling. Department 3: Hearing Date and Time: 09/19/2019 @ 09:30 AM |
| 09/19/2019 | 12 | Minute Order. Hearing DATE: 09/19/2019, MATTER: PRE-TRIAL STATUS CONFERENCE |
| 11/05/2019 | 18 | *Fully Executed* Stipulation *to Continue Hearing on Defendant's Motion for Summary Judgment and Adversary Status Conference* filed by National Collegiate Student Loan Trust 2006-3. |
| 11/11/2019 | 19 | *Amended* Stipulation *to Continue Hearing on Defendant's Motion for Summary Judgment and Adversary Status Conference* filed by National Collegiate Student Loan Trust 2006-3. |
| 11/12/2019 | 20 | Order on Amended Stipulation to Continue Hearing on Defendant's Motion for Summary Judgment and Adversary Status Conference |

| 01/09/2020 | 22 | Motion for Summary Judgment filed by National Collegiate Student Loan Trust 2006-3. |
|---|---|---|
| 01/09/2020 | 24 | Ex Parte Motion to Seal Document(s) filed by National Collegiate Student Loan Trust 2006-3 |
| 01/09/2020 | 25 | Opposition filed by Krystal Anne Medina. |
| 01/13/2020 | 27 | Order Regarding Ex Parte Motion to File Document Under Seal |
| 01/23/2020 | 29 | Opposition filed by Krystal Anne Medina. |
| 01/28/2020 | 30 | *Ex Parte* Application *to Continue Hearing on Motion for Summary Judgment and Status Conference, and Continue Deadline Defendant has to File a Reply and Continue Discovery Cutoff* filed by National Collegiate Student Loan Trust 2006-3. |
| 01/28/2020 | 31 | Response filed by Christopher R. Bush of Christopher R. Bush on behalf of Krystal Anne Medina. |
| 01/29/2020 | 32 | Order on Ex Parte Application to Continue Hearing on Defendant's Motion for Summary Judgment and Adversary Status Conference |
| 02/24/2020 | 36 | Reply *to Plaintiff's Response to its Motion for Summary Judgment* filed by National Collegiate Student Loan Trust 2006-3. |
| 02/24/2020 | 37 | Response *to Plaintiff's Evidentiary Objections to Defendant's Motion for Summary Judgment* filed by National Collegiate Student Loan Trust 2006-3. |

| | | | |
|---|---|---|---|
| | 02/25/2020 | 39 | Ex Parte Application *for Authority to Submit Sur-reply* filed by Christopher R. Bush on behalf of Krystal Anne Medina. |
| | 02/25/2020 | 40 | Order Regarding Ex Parte Application for Authority to Submit Sur-reply |
| | 03/04/2020 | 42 | *Sur-* Reply filed by Christopher R. Bush of Christopher R. Bush on behalf of Krystal Anne Medina. |
| | 03/10/2020 | 43 | Tentative Ruling. Department 3: Hearing Date and Time: 03/11/2020 @ 10:00 AM |
| | 03/10/2020 | 44 | Tentative Ruling. Department 3: Hearing Date and Time: 03/11/2020 @ 10:00 AM |
| | 03/11/2020 | | Transcript of Hearing |
| | 03/11/2020 | 45 | Minute Order. Hearing DATE: 03/11/2020, MATTER: PRE-TRIAL STATUS CONFERENCE AND MOTION FOR SUMMARY JUDGMENT FILED ON BEHALF OF NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3 |
| | 04/08/2020 | 46 | Supplemental Memorandum in Support of National Collegiate Student Loan Trust 2006-3's Motion for Summary Judgment and Reply filed by National Collegiate Student Loan Trust 2006-3. |
| | 04/22/2020 | 47 | Memorandum of Points and Authorities filed by Krystal Anne Medina. |
| | 04/28/2020 | 48 | Ex Parte Motion *for Leave to File Amended Pleadings* filed by Krystal Anne Medina. |

| | | | |
|---|---|---|---|
| 1 | 04/29/2020 | 49 | Order Regarding Ex Parte Motion for Leave to File Amended Opposition |
| 2 | 04/29/2020 | 50 | Amended Memorandum of Points and Authorities filed by Christopher R. Bush of Christopher R. Bush on behalf of Krystal Anne Medina. |
| 3 | 05/04/2020 | 52 | Motion *to Strike Declaration of Professor John Brooks II* filed by National Collegiate Student Loan Trust 2006-3. |
| 4 | 05/04/2020 | 53 | Notice of Hearing and Motion with Certificate of Service. filed by National Collegiate Student Loan Trust 2006-3 |
| 5 | 05/06/2020 | 55 | *Corrected* Notice of Hearing and Motion with Certificate of Service. *(corrects docket text time/location only)* filed by National Collegiate Student Loan Trust 2006-3. |
| 6 | 05/08/2020 | 56 | Opposition *to Defendant's Motion to Strike* filed by Krystal Anne Medina. |
| 7 | 05/29/2020 | 57 | Stipulation *Allowing Defendant to File an Amended Supplemental Brief and Plaintiff to File a Response* filed by National Collegiate Student Loan Trust 2006-3. |
| 8 | 06/02/2020 | 58 | Tentative Ruling. Department 3: Hearing Date and Time: 06/03/2020 @ 10:00 AM |
| 9 | 06/02/2020 | 59 | Tentative Ruling. Department 3: Hearing Date and Time: 06/03/2020 @ 10:00 AM |
| 10 | 06/02/2020 | 60 | Tentative Ruling. Department 3: Hearing Date and Time: 06/03/2020 @ 10:00 AM |
| 11 | 06/03/2020 | | Transcript of Hearing |

| | | |
|---|---|---|
| 06/03/2020 | 61 | Minute Order. Hearing DATE: 06/03/2020, MATTER: PRE-TRIAL STATUS CONFERENCE (fr 3/11/20) AND MOTION TO STRIKE DECLARATION OF PROFESSOR JOHN BROOKS II FILED ON BEHALF OF NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3 AND MOTION FOR SUMMARY JUDGMENT FILED ON BEHALF OF NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3 |
| 06/04/2020 | 62 | Scheduling Order After Pretrial Status Conference Hearing |
| 06/24/2020 | 64 | Motion for Summary Judgment filed by National Collegiate Student Loan Trust 2006-3. |
| 06/24/2020 | 65 | Notice of Hearing and Motion with Certificate of Service. filed by National Collegiate Student Loan Trust 2006-3. |
| 06/24/2020 | 66 | Memorandum of Points and Authorities *(with Table of Contents and Table of Authorities)* filed by National Collegiate Student Loan Trust 2006-3. |
| 06/24/2020 | 67 | Request for Judicial Notice *in Support of Motion for Summary Judgment* filed by National Collegiate Student Loan Trust 2006-3. |
| 07/08/2020 | 68 | Opposition filed by Krystal Anne Medina. |
| 07/15/2020 | 69 | Request for Judicial Notice filed by National Collegiate Student Loan Trust 2006-3. |

| Date | No. | Description |
|---|---|---|
| 07/15/2020 | 70 | *Defendant's* Reply *to Plaintiff's Response to its Motion for Summary Judgment (with Exhibits)* filed by National Collegiate Student Loan Trust 2006-3. |
| 07/15/2020 | 71 | *Defendant's Response to Plaintiff's Evidentiary Objections to Defendant's Motion for Summary Judgment* filed by National Collegiate Student Loan Trust 2006-3. |
| 07/15/2020 | 72 | Objection / *Evidentiary Objections to Plaintiff's Opposition to Motion for Summary Judgment* filed by National Collegiate Student Loan Trust 2006-3. |
| 08/03/2020 | 73 | Tentative Ruling. Department 3: Hearing Date and Time: 08/05/2020 @ 10:00 AM |
| 08/04/2020 | 74 | Tentative Ruling. Hearing Date and Time: August 5, 2020 @ 10:00am Regarding: MOTION FOR SUMMARY JUDGMENT FILED ON BEHALF OF NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3. |
| 08/04/2020 | 75 | Tentative Ruling. Department 3: Hearing Date and Time: 08/05/2020 @ 10:00 AM |
| 08/04/2020 | 76 | Tentative Ruling. Department 3: Hearing Date and Time: 08/05/2020 @ 10:00 AM |
| 08/05/2020 |  | Transcript of Hearing |
| 08/05/2020 | 77 | Minute Order. Hearing DATE: 08/05/2020, MATTER: PRE-TRIAL STATUS CONFERENCE (fr 6/3/20) AND MOTION FOR SUMMARY JUDGMENT FILED ON BEHALF OF NATIONAL COLLEGIATE STUDENT |

| | | | |
|---|---|---|---|
| | | | LOAN TRUST 2006-3 AND PLAINTIFF'S EVIDENTIARY OBJECTIONS WITH RESPECT TO MOTION FOR SUMMARY JUDGMENT FILED ON BEHALF OF NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3 AND DEFENDANT'S EVIDENTIARY OBJECTIONS WITH RESPECT TO MOTION FOR SUMMARY JUDGMENT FILED ON BEHALF OF NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3 |
| | 08/19/2020 | 78 | Notice of Lodgment of Order with Service filed by National Collegiate Student Loan Trust 2006-3. |
| | 08/19/2020 | 80 | Exhibit *A* filed by National Collegiate Student Loan Trust 2006-3. |
| | 08/19/2020 | 81 | Amended Notice of Lodgment of Order *with Exhibit A* with Service filed by National Collegiate Student Loan Trust 2006-3. |
| | 08/28/2020 | 82 | Objection to Lodged Order with Service filed by Krystal Anne Medina. |
| | 09/10/2020 | 83 | Findings of Fact & Conclusions of Law Re: Defendant National Collegiate Student Loan Trust 2006-3 Motion for Summary Judgment |

Respectfully submitted,
October 08, 2020                                     /s__Christopher R. Bush___

                                                     Christopher R. Bush