

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Krystal Anne Medina

**Appellant**

V.

NATIONAL COLLEGIATE STUDENT
LOAN TRUST 2006-3

**Appellee**

Civil Action No. 20-cv-01912-BEN-MDD

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Bankruptcy Court's Judgment dated September 10, 2020 is AFFIRMED, and the appeal is dismissed.

Date: 4/20/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Exler

M. Exler, Deputy